MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JAMES NICHOLAS BOEVING
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2748
Fax: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GOUDING CHEN                                                 :
                                                             :
                           Plaintiff,                        :    08 Civ. 06240 (DLC)
                                                             :    ECF Case
            v.                                               :
                                                             :
UNITED STATES OF AMERICA,                                    :    NOTICE OF APPEARANCE
                                                             :
                           Defendant.                        :
------------------------------------------------------------ x

    To the Clerk of this Court and all parties of record:

    The undersigned attorney respectfully requests the Clerk to note his appearance in this case for the UNITED STATES OF AMERICA, and also requests that he be designated as Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

1

Dated: New York, New York
August 25, 2008

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney for the
    Southern District of New York

By:    /s/ James Nicholas Boeving
    JAMES NICHOLAS BOEVING
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2748
    Fax: (212) 637-2686
    Email: James.N.Boeving@usdoj.gov

cc: Robert Stein, Esq. (by facsimile)